PUBLIX ASBURY CORP., INC., PLAINTIFF-PETITIONER, v. CITY OF ASBURY PARK, N. J., DEFENDANT-RESPONDENT.

See same case below: 18 *N. J. Super.* 192.

*Mr. Harry Green* for the petitioner.

*Mr. Abraham Frankel* for the respondent.

June 2, 1952. Denied.

AUGUSTA NAIDECH EISENBERG, PLAINTIFF-APPELLANT, v. HENRY FINSTON, ET ALS., DEFENDANTS-RESPONDENTS.

See same case below: 18 *N. J. Super.* 458.

*Mr. John W. Ockford* and *Mr. Aaron Gordon* for the petitioner.

*Joseph H. Lerner* for the respondents.

June 2, 1952. Denied.